IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| VANCE SCOTT HENSLEY, | ) | |
| Plaintiff, | ) | Civil Action No. 7:15cv00334 |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ORANGE TOWN POLICE, | ) | By: Norman K. Moon |
| Defendant. | ) | United States District Judge |

This matter is before me on plaintiff Vance Scott Hensley's notice of voluntary dismissal his complaint filed pursuant to 42 U.S.C. § 1983 (Docket No. 10). Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, it is hereby **ORDERED** that Hensley's complaint is **DISMISSED** without prejudice and this case is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this order to plaintiff.

ENTER: This 16th day of March, 2016.

_____
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE